Mod AO 442 (09/13) Arrest Warrant     AUSA Name & Telno: David J. Robles (212-637-2550) / Kaylan E. Lasky (212-637-2315)

# UNITED STATES DISTRICT COURT
## for the
## Southern District of New York

United States of America
v.

MUHAMMAD SHAHZEB KHAN,
a/k/a "Shahzeb Jadoon"

*Defendant*

Case No.

**25cr63**

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **MUHAMMAD SHAHZEB KHAN, a/k/a "Shahzeb Jadoon"**, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

(1) Title 18, United States Code, Sections 2339B and 2 (Attempted Provision of Material Support and Resources to a Designated Foreign Terrorist Organization)

(2) Title 18, United States Code, Sections 2339b and 2 (Attempted Acts of Terrorism Transcending National Boundaries)

Date: 02/26/2025

*Issuing officer's signature*

City and state: New York, New York

TAMMI M. HELLWIG
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |