# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 15, 2025

*Via CM/ECF*
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *United States v. Muhammad Shahzeb Khan,*
         25 Cr. 63 (PGG)

Dear Judge Gardephe,

    We write to respectfully request a three-week adjournment of the status conference in the above-captioned case, which is currently scheduled for September 18, 2025, at 10:00 a.m. The government consents to this application.

    The adjournment is warranted because the defense requires additional time to review discovery before proposing a Rule 12 motions schedule. In addition, a member of the defense team is also counsel of record in *United States v. Odean Thompson*, 25 Cr. 124 (CM), and is currently on trial in connection with that matter.

    Should the Court grant this application, the parties ask that the Court schedule the conference for 1:30p.m. or after on October 7, 2025; 11:00a.m. or after on October 9, 2025; or anytime convenient for the Court on October 10, 2025. The parties further agree that the additional period of delay from September 18 to the new conference date is excludable from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) because it is necessary for the defense to continue reviewing discovery and prepare a position regarding a Rule 12 motions schedule.

                                     Respectfully submitted,

                                       Andrew John Dalack, Esq.
                                       Marne Lenox, Esq.
                                       Assistant Federal Defenders

Cc:    AUSA Kaylan Lasky
        AUSA David Robles