UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>MUHAMMAD SHAZEB KHAN,<br><br>                Defendant. | **ORDER**<br><br>25 Cr. 63 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, briefing concerning the Defendant's anticipated pre-trial motions will proceed on the following schedule:

- Defendant's motions are due by **December 19, 2025**;
- the Government's response is due by **January 16, 2026**;
- Defendant's reply, if any, is due by **January 30, 2026**.

This case will proceed to trial on **May 26, 2026, at 9:30 a.m.** The following schedule will apply to pre-trial submissions:

- Motions <u>in limine,</u> proposed voir dire, and requests to charge are due by **April 24, 2026**;
- Responsive papers are due by **May 1, 2026.**

Dated: October 14, 2025
       New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge