# Federal Defenders

## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 18, 2025

*Via CM/ECF*
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:    *United States v. Muhammad Shahzeb Khan,*
>        25 Cr. 63 (PGG)

Dear Judge Gardephe,

We write to respectfully request a 45-day extension of the December 19, 2025, deadline to file Rule 12 motions in the above-captioned case, along with a commensurate extension of the Rule 12 response and reply deadlines. The Government consents to this application. Neither party seeks an adjournment of the May 26, 2026, trial date, and the parties do not believe that this request compels an adjournment of trial.

An extension of the Rule 12 deadlines is warranted because one of the motions that the defense anticipates filing concerns the admissibility of Mr. Khan's post-arrest statements to Canadian authorities. *See generally United States v. Bary*, 978 F. Supp. 2d 356 (S.D.N.Y. 2013) (decision by Judge Kaplan addressing how the Fifth Amendment voluntariness test and *Miranda* rules apply to non-domestic interrogations). Presently, the defense has received a purported transcript of the interrogation that was prepared by the Royal Canadian Mounted Police ("RCMP"), but not the actual video and/or audio recording. The Government anticipates that it will receive from Canadian authorities, pursuant to a mutual legal assistance treaty request, a copy of a recording of the Canadian post-arrest interview within the next approximately 30 days. Because the defense requires access to the actual video and/or audio recording of Mr. Khan's post-arrest statements to perfect any motion to suppress, an extension of the Rule 12 deadlines is appropriate.

We thank the Court for considering this unopposed application.

Respectfully submitted,

Andrew John Dalack, Esq.
Marne Lenox, Esq.
Assistant Federal Defenders

Cc:    AUSA Kaylan Lasky
       AUSA David Robles

2