# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 27, 2026

*Via CM/ECF*
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*[signature]*

**Paul G. Gardephe, U.S.D.J.**
**Dated: January 27, 2026**

Re:    *United States v. Muhammad Shahzeb Khan,*
       25 Cr. 63 (PGG)

Dear Judge Gardephe,

I write to respectfully request a 10-day extension of the February 2, 2026, deadline to file Rule 12 motions in the above-captioned case, along with a commensurate extension of the Rule 12 response and reply deadlines. The Government consents to this application. Neither party seeks an adjournment of the May 26, 2026, trial date, and the parties do not believe that this request compels an adjournment of trial.

On December 19, 2025, the Court adjourned the defense's Rule 12 deadline to February 2, 2026, because the Government expected to make a substantial discovery production bearing on the defense's Rule 12 motions sometime in January 2026. On January 9 and January 14, 2026, the Government made those productions, which contained materials that the Government recently received from Canadian authorities pursuant to a mutual legal assistance treaty.

A 10-day adjournment of the Rule 12 deadline is warranted because I am on trial this week and next week before the Honorable Katherine Polk Failla in *United States v. Michael Brown*, 20 Cr. 524 (KPF). The extension of time to file will allow me sufficient time to perfect Mr. Khan's omnibus Rule 12 motions given my trial obligations. Should the Court grant this application, the Rule 12 deadlines will be as follows:

- Defense motion due Thursday, February 12, 2026;
- Government response due Thursday, March 5, 2026;
- Any defense reply due Thursday, March 12, 2026.

I thank the Court for considering this unopposed application.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender

Cc:    AUSA Kaylan Lasky
AUSA David Robles

2