# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 2, 2026

*Via ECF*

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re.     *United States v. Muhammed Shahzeb Khan*
        **25 Cr. 63 (PGG)**

Dear Judge Gardephe,

I write with the consent of the Government to respectfully request that the Court enter the enclosed proposed order regarding Muhammad Khan's access to a laptop computer at the Metropolitan Detention Center, Brooklyn. The defense submits this request to facilitate Mr. Khan's access to the voluminous discovery materials in this case as he prepares for a May 26, 2026, trial date, while also promoting the security interests of the Bureau of Prisons. The Government has conferred with the Bureau of Prisons, which has no objection to the proposed order resembling similar orders in other recent cases. *See, e.g.*, *United States v. Chudhary*, 20 Cr. 135 (CBA) (E.D.N.Y.), Doc. 113; *United States v. Darko Durovic*, 25 Cr. 122 (JPC) (S.D.N.Y.), Doc. 14.

I thank the Court for its consideration of this request.

Respectfully submitted,

Andrew John Dalack
Assistant Federal Defender
(212) 417-8768

Enclosure

cc:     Counsel of record