Case 1:25-cr-00063-PGG    Document 30-1    Filed 02/02/26    Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA          :
                                  :
                                  :    [PROPOSED] ORDER
          - v -                   :
                                  :    25 Cr. 63 (PGG)
MUHAMMAD SHAHZEB KHAN,            :
                                  :
               Defendant.         :
------------------------------- X

WHEREAS, the Court and the parties seek to ensure that the defendant MUHAMMAD SHAHZEB KHAN (Reg. No. 00129-506) has meaningful access to review discovery and other case materials while detained at the Metropolitan Detention Center Brooklyn ("MDC");

and

WHEREAS, the Court seeks to ensure that such discovery access does not jeopardize the security and operational interests of MDC;

IT IS HEREBY ORDERED that

1.   Defendant KHAN may have access to an "air-gapped" laptop computer (the "Laptop") that is disabled from accessing the internet, local area networks, or other electronic devices;

2.   Upon receipt of an acceptable laptop computer from counsel for KHAN, the Government shall (a) ensure that the Laptop is appropriately "air gapped" and compatible with MDC's security requirements; (b) ensure that the Laptop is loaded with the electronic discovery in this case; and (c) deliver the

Laptop to the proper authorities at MDC at a time deemed appropriate;

3.    The Laptop shall be password-protected and maintained in a location acceptable to Bureau of Prisons personnel;

4.    Bureau of Prisons personnel will provide defendant KHAN with access to the Laptop in the visiting room, Mondays through Fridays, from 8:00 a.m. to 4:00 p.m., upon request;

5.    This Order remains in effect until the trial in this matter is completed;

6.    A copy of this Order shall be made available to the Unit Team/Floor where defendant KHAN is housed;

7.    Defendant KHAN shall execute an agreement setting forth his understanding that he may use the Laptop for the sole purpose of reviewing discovery and legal materials that relate to his criminal case, that he shall not share the Laptop or the material located onto the Laptop with other inmates or with any attorney not appointed to this case without an order of the Court, that he will not access or attempt to access the internet or any form of wireless communication, and that he will forfeit his right under this Order to use the Laptop, and that he might exposure himself to criminal prosecution for possessing or distributing a "prohibited object" as that term is defined in 18 U.S.C. § 1791(d) in the future, should he violate any of these understandings.

8.    Within forty-eight hours of MDC's receipt of the Laptop from the Government, defendant KHAN shall receive access to the Laptop subject to the following conditions:

a.    Defendant KHAN will be brought to the visiting room upon his request to the unit officer Monday through Friday;

b.    Defendant KHAN shall not have possession of any charging apparatus or cord that connects to the Laptop, except wired audio headphones approved by Bureau of Prisons personnel.

Dated:    New York, New York          SO ORDERED:
          February 2, 2026

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK