AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-CR-63-PGG |
| Muhammad Shahzeb Khan | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Muhammad Shahzeb Khan                                                                                              .

Date:    02/12/2026

/s/ Madeline Silva
*Attorney's signature*

Madeline Silva - NY5887708
*Printed name and bar number*

Federal Defenders of NY
52 Duane Street, 10th Floor
New York, NY 10007

*Address*

madeline_silva@fd.org
*E-mail address*

(212) 417-8700
*Telephone number*

(212) 571-0392
*FAX number*