UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

MUHAMMAD SHAHZEB KHAN,

                Defendant.

25 Cr. 63 (PGG)

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance as

counsel for Defendant Muhammad Shahzeb Khan in this case.

Dated:       February 12, 2026       Respectfully submitted,
              New York, New York

                               /s/ Neil Kelly

                               Neil P. Kelly
                               FEDERAL DEFENDERS OF NEW YORK, INC.
                               52 Duane Street, 10th Floor
                               New York, NY 10007
                               Tel.: (212) 417-8700
                               Email: neil_kelly@fd.org