# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 12, 2026

*Via CM/ECF*
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Muhammad Shahzeb Khan,*
25 Cr. 63 (PGG)

Dear Judge Gardephe,

The defense intends to file its omnibus Rule 12 motion this afternoon and writes respectfully to request leave to preliminarily file the exhibits to that motion under seal while the parties confer regarding any necessary redactions or sealing applications. The exhibits are comprised entirely of discovery produced as "disclosure material" under the Protective Order issued by the Court, and at least one of the exhibits has been marked by the Government as "Attorney's Possession Only."

We will provide the Court with all exhibits on both a USB drive and in hard copy this afternoon when we hand-deliver the courtesy copy of our motion.

Respectfully submitted,

Andrew John Dalack, Esq.
Neil P. Kelly, Esq.
Madeline Silva, Esq.

Counsel for Muhammad Khan

Cc: AUSA Kaylan Lasky
AUSA David Robles

**MEMO ENDORSED**

The application is granted, but counsel will make a filing by February 13, 2026 at 5:00 p.m. explaining precisely what exhibits require sealing and why.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Dated: Feb. 12, 2026