UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MUHAMMAD SHAZEB KHAN,

Defendant.

**ORDER**

25 Cr. 63 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The Government has moved to seal portions of the Defendant's brief in support of the Defendant's Motion to Suppress (see Mot. to Suppress (Dkt. No. 36)), as well as Exhibits A through C to the Defendant's Motion to Suppress. (Govt. Feb. 12, 2026 Mot. to Seal) Exhibits A through C – which were provided to defense counsel by the Government in discovery – have been redacted. By March 6, 2026, the Government will make a submission stating whether the Government possesses unredacted versions of these exhibits and, if not, what agency provided these redacted exhibits to the Government.

Dated: March 2, 2026
       New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge