**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 2, 2026

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007
GardepheNYSDChambers@nysd.uscourts.gov

MEMO ENDORSED

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: March 2, 2026

**Re:** *United States v. Muhammad Shahzeb Khan, a/k/a "Shahzeb Jadoon,"*
25 Cr. 63 (PGG)

Dear Judge Gardephe:

The Government respectfully submits this letter, with the consent of defense counsel, to request an approximate one-week adjournment of the Government's time to respond to the defendant's Rule 12 motions in the above-captioned case. Under the current schedule, the Government's response is due by March 5, 2026, and the defendant's reply is due by March 12, 2026. (Dkt. 29). If the Court were to grant the Government's request, the Government's response would be due by March 12, 2026, and the defendant's reply would be due by March 19, 2026. This is the Government's first request for an extension of the motions schedule.

Finally, as the Court is aware, the defendant has moved to suppress his post-arrest statements to Canadian authorities, or, in the alternative, to prevent the Government from introducing the statements in its case-in-chief. (Def. Mot. at 17-24). For the Court's reference, the Government notes that this issue is moot because the Government does not intend to introduce the defendant's post-arrest statements at trial. However, the Government will be addressing the defendant's remaining arguments in its response to the defendant's motions.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By:    /s/
Kaylan E. Lasky
David J. Robles
Assistant United States Attorneys
(212) 637-2315 / 2550