

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 6, 2026

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007
GardepheNYSDChambers@nysd.uscourts.gov

      Re:    ***United States v. Muhammad Shahzeb Khan, a/k/a "Shahzeb Jadoon,"***
              **25 Cr. 63 (PGG)**

Dear Judge Gardephe:

      The Government respectfully submits this letter pursuant to the Court's March 2, 2026 Order directing the Government to state whether it possesses unredacted versions of Exhibits A to C of the defendant's Rule 12 motions. The Government confirms that it is in possession of unredacted versions of those exhibits. Unredacted copies of Exhibits A and B are being produced to cleared counsel in classified discovery pursuant to the CIPA Section 3 protective order entered by the Court earlier this week. *See* Dkt. 42. The Government can provide unredacted versions of Exhibits A and B to the Court, in coordination with the Classified Information Security Officer, upon the Court's request. The Government also notes that, with respect to Exhibit C, the only redactions on that document were for personally identifying information of an agent.

              Respectfully submitted,

              JAY CLAYTON
              United States Attorney
              Southern District of New York

      By:      /s/
              Kaylan E. Lasky
              David J. Robles
              Assistant United States Attorneys
              (212) 637-2315 / 2550