

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 9, 2026

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007
GardepheNYSDChambers@nysd.uscourts.gov

> **Re:    *United States v. Muhammad Shahzeb Khan, a/k/a "Shahzeb Jadoon,"***
> **25 Cr. 63 (PGG)**

Dear Judge Gardephe:

The Government respectfully submits this letter, with the consent of defense counsel, to request a second adjournment of approximately two weeks for the Government's time to respond to the defendant's Rule 12 motions, as well as for the defendant to submit his reply, in the above-captioned case. The parties are currently engaged in discussions about a potential resolution that could obviate the need for further motion practice and trial. The parties have conferred and do not anticipate that this request will impact the currently scheduled trial date of May 26, 2026, should the case proceed to trial.

Accordingly, the Government respectfully requests that its response to the defendant's Rule 12 motions be due by March 26, 2026, and that the defendant's reply be due by April 9, 2026. The Government thanks the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By:    ___/s/_____
Kaylan E. Lasky
David J. Robles
Assistant United States Attorneys
(212) 637-2315 / 2550