

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 27, 2026

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007
GardepheNYSDChambers@nysd.uscourts.gov

      **Re:**   *United States v. Muhammad Shahzeb Khan, a/k/a "Shahzeb Jadoon,"*
             **25 Cr. 63 (PGG)**

Dear Judge Gardephe:

The Government respectfully submits this letter, with the consent of defense counsel, to inform the Court that the defendant has indicated that he anticipates pleading guilty pursuant to a plea agreement and therefore respectfully requests that the Court schedule a change of plea conference between April 7, 2026 and April 10, 2026.[1]  In addition, given the anticipated change of plea, the parties respectfully request that the Court hold the remaining Rule 12 motions deadlines in abeyance pending the outcome of the change of plea conference.

The parties thank the Court for its consideration of this request.

**MEMO ENDORSED:**  The application is granted.  The Court will conduct a conference on **April 8, 2026, at 10:00 a.m.**

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Dated:  March 31, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By:      /s/
      Kaylan E. Lasky
      David J. Robles
      Assistant United States Attorneys
      (212) 637-2315 / 2550

---

[1] The Government understands that the Court is unavailable on March 30, 2026, and March 31, 2026, and defense counsel is away the remainder of the week through April 6, 2026.