UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MUHAMMAD SHAZEB KHAN,

Defendant.

**ORDER**

25 Cr. 63 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for April 8, 2026, at 10:00 a.m. is adjourned

to **April 8, 2026 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.

Dated:  April 8, 2026
        New York, New York

SO ORDERED.

Paul G. Gardephe
United States District Judge