UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MUHAMMAD SHAZEB KHAN,

Defendant.

**ORDER**

25 Cr. 63 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Khan will take place on **August 12, 2026, at 3:00 p.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Any submissions on behalf of the Defendant are due on **July 17, 2026**, and the Government's sentencing submission is due on **July 24, 2026**.

In the event that the Government intends to seek an order of restitution or an order of forfeiture at sentencing, it will include proposed orders with its sentencing submission, along with an explanation of how the restitution and/or forfeiture amounts were calculated.

The U.S. Probation Office is directed to prepare a pre-sentence report for Defendant Khan.

Dated: April 8, 2026
      New York, New York

SO ORDERED.

Paul G. Gardephe
United States District Judge